### IN THE UNITED STATES DISTIUCT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Trinidad Rodriquez-Quiroz,<br><br>Plaintiff,<br><br>v.<br><br>Herbalife International of America, Inc. and Herbalife International, Inc.,<br><br>Defendants. | Civil Action No. 1:17-cv-06200 (MSS)<br><br>**DISCLOSURE STATEMENT OF DEFENDANTS HERBALIFE OF AMERICA, INC. AND HERBALIFE INTERNATIONAL, INC. PURSUANT TO F.R.C.P. 7.1 AND NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2** |

Defendant Herbalife International, Inc. is an indirect wholly-owned subsidiary of Herbalife Ltd. Defendant Herbalife International of America, Inc. is a wholly-owned subsidiary of Herbalife International, Inc. and an indirectly wholly-owned subsidiary of Herbalife Ltd. Herbalife Ltd. is a publicly traded company with no parent corporation and no publicly held corporation owning 10% or more of its stock.

The following publicly held affiliates own more than 5% of Herbalife Ltd. are:

Nomura Holdings, Inc.

Credit Suisse AG

Dated: October 27, 2017

By: /s Tia C. Ghattas

Joanne M. Gray
Glenn S. Kerner
**Goodwin Procter LLP**
620 Eighth Avenue
New York, NY 10018
Tel: 212-813-8800
Fax: 212-355-3333
jgray@goodwinlaw.com
gkerner@goodwinlaw.com

        Tia C. Ghattas
        **Cozen O'Connor**
        123 North Wacker Drive, Suite 1800
        Chicago, IL 60606
        Tel: 312-382-3116
        Fax: 312-382-8910
        tghattas@cozen.com

        *Attorneys for Defendants Herbalife*
        *International of America, Inc. and Herbalife*
        *International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record who have registered with the electronic filing service for this matter on October 27, 2017. Parties may access this document via the Court's electronic filing system.

Dated: October 27, 2017

                                                By:    s/ Tia C. Ghattas
                                                             Tia C. Ghattas